**Michael A. Josephson**
mjosephson@mybackwages.com
**Richard M. Schreiber**
rschreiber@mybackwages.com
**JOSEPSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Phone 713 352 1100
Pax    713 352 3300

**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
340 S. Lemon Ave., #1228
Walnut, CA 91789
phone 713 999 5228
fax 713 999 1187

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOHN LUNDY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIST STAFFING SOLUTIONS, INC. d/b/a PROGRESSIVE GLOBAL ENERGY,<br><br>Defendant. | Case No. 5:19-cv-01451-JGB-SP<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff John Lundy hereby notifies the Court that the Parties have reached a settlement agreement for the claims brought by Plaintiff. The Parties will file the appropriate approval documents within 30 days.

Dated: January 5, 2021

Respectfully submitted,

*/s/ Richard M. Schreiber*

By: _____

**Michael A. Josephson**
(Admitted pro hac vice)
mjosephson@mybackwages.com
**Richard M. Schreiber**
Admitted *pro hac vice*
rschreiber@mybackwages.com
**JOSEPSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Telephone: (713) 352 1100
Fax: (713) 352 3300

Matthew S. Parmet (CSB # 296742)
matt@parmet.law
**PARMET, PC**
409 S. Fair Oaks Ave.
Pasadena, CA 91105
P.O. Box 540907
Houston, TX 77254
Telephone: (713) 999-5228
Fax: (713) 999-1187

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

On January 5, 2021, I served a copy of this document on all registered parties and/or their counsel of record via the Court's CM/ECF system.

*/s/ Richard M. Schreiber*
Richard M. Schreiber